Thursday, May 12, 2011

Misc. No. 11–8025/AF. In re Keith M. Hall, Petitioner v. Commander Robert Stover, USN, Commanding Officer, Naval Consolidated Brig, Miramar, California. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus, or in the alternative, writ of mandamus, was filed under Rule 27(a) on this date.

Misc. No. 11–8026/AF. In re Dustin S. Hogeland, Petitioner v. Commander Robert Stover, USN, Commanding Officer, Naval Consolidated Brig, Miramar, California. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus, or in the alternative, writ of mandamus, was filed under Rule 27(a) on this date.